No. 3,696.—STATE EX REL. GEO. L. METCALF, APPELLANT, *v.* C. W. WARD, RESPONDENT.

*Appeal from District Court of Ravalli County; R. Lee Mc-Culloch, Judge.*

Decided October 4, 1915.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is hereby granted and the appeal ordered dismissed.

*Messrs. Johnson & Tucker,* for Appellant.

*Mr. H. S. Myers* and *Messrs. O'Hara & Madeen,* for Respondent.

---

No. 3,699.—ALEXANDER WESTLAKE, RESPONDENT, *v.* KEATING GOLD MINING CO. ET AL., APPELLANTS.

*Appeal from District Court of Broadwater County; John A. Matthews, Judge.*

Decided October 15, 1915.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is by the court sustained and the appeal is accordingly dismissed.

*Mr. Jesse B. Root,* for Appellants.

*Messrs. Walsh, Nolan & Scallon,* for Respondent.